IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DURON C. FORD,<br>　　　　Plaintiff<br><br>　　vs.<br><br><br>STATE POLICE TROOPER STEVEN<br>WALTERS in his Individual and Official<br>Capacity; TROOPER JAMES<br>MONKELIS in his Individual and Official<br>Capacity,<br>　　　　Defendants | )<br>)<br>)<br>) Civil Action No. 09-1688<br>) Judge Terrence F. McVerry/<br>) Chief U.S. Magistrate Judge Amy Reynolds Hay<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**O R D E R**

　　　　AND NOW, this <u>17th</u> day of June, 2010, after the Plaintiff, Duron C. Ford, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties until May 17, 2010, to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

　　　　IT IS HEREBY ORDERED that this action is dismissed for Plaintiff's failure to prosecute.

　　　　IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

　　　　　　　　　　　　　　　　　　　　　　　s/ Terrence F. McVerry
　　　　　　　　　　　　　　　　　　　　　　TERRENCE F. McVERRY
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

cc: Honorable Amy Reynolds Hay
Chief United States Magistrate Judge

Duron C. Ford
HN-5904
SCI Dallas
1000 Follies Road
Dallas, PA 18612

All Counsel of Record by electronic filing